United States District Court
Southern District of Texas
**ENTERED**
March 21, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LYNN LOWERY, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:17-cv-0166 |
| § | |
| WAL-MART STORES TEXAS, LLC § | |
|     Defendant. § | |

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(A)(1)(II) [Doc. # 34], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and expenses.

SIGNED at Houston, Texas, this **21st** day of **March**, **2018.**

P:\ORDERS\11-2017\166DSMLSTIP.wpd    180321.0908